IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-24-186-D |
| | ) | |
| CHARLES DARNELL HUNTER, | ) | |
|   a/k/a Chucky, | ) | |
|   a/k/a Top Hat, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

Before the Court is the government's Motion for a Final Order of Forfeiture [Doc. No. 47]. The Court makes the following determinations:

Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and FED. R. CRIM. P. 32.2(b)(2), this Court entered a Preliminary Order of Forfeiture providing for the forfeiture of Defendant Charles Darnell Hunter's right, title, and interest in the below-described property based on his plea of guilty and the Court's finding of a requisite nexus between the property and the offense committed by Defendant. [Doc. No. 29].

The Preliminary Order identified the following property as subject to forfeiture:

   a.   a Taurus, model PT709 Slim, 9mm Luger caliber pistol, bearing serial number TJT92727;

   b.   a Springfield Armory, model XD MOD. 2, 9mm Luger caliber pistol, bearing serial number GM824476; and

   c.   any and all ammunition or magazines not specified herein.

*Id.*

The Court's Order further directed the United States to provide notice to any persons known to assert an interest, as well as to publish notice stating the intent of the United States to dispose of the property in accordance with the law, and further notify all third parties of their right to petition the Court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property.

Notice of this forfeiture and the requirements for filing a claim for the property was published on the government's website at www.forfeiture.gov for 30 consecutive days beginning on November 6, 2024, and ending on December 5, 2024, for at least 18 hours per day [Doc. No. 47-1].

A copy of the Preliminary Order of Forfeiture was also provided to the following parties:

1. John A. Jenson, Attorney for Defendant Charles Darnell Hunter, by Notice of Electronic Filing on November 1, 2024 [Doc. No. 29];

2. Defendant Charles Darnell Hunter, served through his attorney of record by Notice of Electronic Filing on November 1, 2024 [Doc. No. 29];

3. Michael T. Deshone, potential claimant, by certified mail, receipt number 9589 0710 5270 2062 9522 32, was returned by U.S. Postal Service, marked "Return to Sender – Unable to Forward," [Doc. No. 47-2, *Return Envelope and Certified Mail Receipt*]; and

4. Yelitza M. Font-Hernandez, potential claimant, by certified mail, receipt number 9589 0710 5270 2062 9522 25 [Doc. No. 47-3, *Certified Mail Domestic Return Receipt and Certified Mail Receipt*].

It appears from the record that no third party made any claim to or declared any interest in the above-described forfeited property as required by the ancillary provision of

21 U.S.C. § 853(n). Therefore, any third-party interests are barred by failure of those parties to file a petition.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the right, title, and interest to the property described above is hereby condemned, forfeited, and vested in the United States of America, free and clear of the claims of any person, including Defendant Charles Darnell Hunter, and shall be disposed of according to law.

Further, the Federal Bureau of Investigation is directed to dispose of the property according to law.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order.

**IT IS SO ORDERED** this 18th day of February, 2026.

TIMOTHY D. DeGIUSTI
Chief United States District Judge